UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 1/9/20.

FRANCIS QUINN, JR. and LORI QUINN,

Plaintiffs,

v.

CONSOLIDATED EDISON COMPANY OF
NEW YORK, INC.,

Defendant.

No. 19-CV-6538 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the upcoming settlement conference before Judge Aaron, the post-discovery

conference scheduled for January 24, 2020 is hereby adjourned *sine die*. In the event that the

parties are unable to reach a settlement, they shall promptly file the joint letter described in

paragraph 11 of the Case Management Plan and Scheduling Order. Dkt. 11.

SO ORDERED.

Dated:    January 9, 2020
          New York, New York

Ronnie Abrams
United States District Judge