UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Francis Quinn, Jr. et al.,

           Plaintiffs,

-against-

Consolidated Edison Company of New York, Inc.,

           Defendant.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

1:19-cv-06538 (RA) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Parties' discovery disputes set forth in their letters and a memorandum of law dated February 4, 2020 (*see* ECF Nos. 33-35) as well as Plaintiff's subpoena to Scott Levinson, as referred to in Defendant's letter (see ECF No. 35 and 35-2), will be held in abeyance.

No later than 5:00 p.m. on February 7, 2020, Plaintiffs shall serve upon Defendant a letter regarding the deposition of Defendant's corporate representative(s) that identifies the topics, pursuant to Federal Rule of Civil Procedure 30(b)(6), as to which such representative(s) shall testify. The 30(b)(6) deposition of Defendant's corporate representative(s) shall take place no later than February 28, 2020.

Furthermore, Plaintiff shall provide Timothy Reish's expert report to Defendant no later than February 28, 2020, absent good cause shown for any extension.

**SO ORDERED.**

DATED:    New York, New York
               February 6, 2020

_____
STEWART D. AARON
United States Magistrate Judge