**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _2/20/2020_

| |
|---|
| **Francis Quinn, Jr. et al.,** |
| **Plaintiffs,** |
| **-against-** |
| **Consolidated Edison Company of New York, Inc.,** |
| **Defendant.** |

1:19-cv-06538 (RA) (SDA)

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear via Telephone for a conference in the above-captioned matter on Monday, February 24, 2020, at 2:30 p.m. The conference is being scheduled, at the parties' request as set forth in Defendant's February 19, 2020 letter. (*See* ECF No. 39.) The parties shall call the Court's conference line at 212-805-0110 once all parties are on the line.

**SO ORDERED.**

DATED:     New York, New York
           February 20, 2020

_____
STEWART D. AARON
United States Magistrate Judge